FILED _____   _____ RECEIVED
_____ ENTERED   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 6 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,    )
                             )
    v.                       )        2:12-CR-089-KJD-(RJJ)
                             )
JAN SAUERBREY,               )
                             )
            Defendant.    )
_____)

## ORDER OF FORFEITURE

    This Court found on May 21, 2012, that JAN SAUERBREY shall pay a criminal forfeiture money judgment of \$125,396.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).  Order of Forfeiture, ECF No. 14.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JAN SAUERBREY a criminal forfeiture money judgment in the amount of \$125,396.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

    DATED this _6th_ day of ___Nov___, 2012.


_____
UNITED STATES DISTRICT JUDGE